IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MONTRELL GREEN,**

    Petitioner,

vs.                                       Case No. 4:11cv526-SPM/WCS

**KENNETH S. TUCKER,**[1]

    Respondent.

_____/

## REPORT AND RECOMMENDATION

Petitioner filed a pro se application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 with incorporated memorandum. Doc. 1. He paid the fee..

Petitioner is currently incarcerated at Suwannee Correctional Institution, and challenges the judgment of the Twentieth Judicial Circuit Court in Lee County, Florida. Jurisdiction is appropriate in the Middle District of Florida, as the district of both

---

[1] On August 24, 2011, Kenneth S. Tucker succeeded Edwin G. Buss as the Secretary of the Florida Department of Corrections, and is automatically substituted as Respondent. Fed.R.Civ.P. 25(d).

confinement and conviction.  28 U.S.C. § 2241(d).  Transfer to the Middle District is appropriate.

It is therefore respectfully **RECOMMENDED** that this case file and any service copies be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida on December 8, 2011.

 s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO PARTIES

Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.